```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                                    :
KAREEM ABDUL BLOCKER,               :
                                    :  Civil Action No. 10-1455 (KSH)
            Plaintiff,              :
                                    :
      v.                            :      **O R D E R**
                                    :        (CLOSED)
NSP CMS MEDICAL STAFF, et al.,      :
                                    :
            Defendants.             :
_____:

The Court having considered plaintiff's application to proceed *in forma pauperis* and file the complaint without prepayment of fees pursuant to 28 U.S.C. § 1915; and the Court having screened the complaint to determine whether dismissal is warranted pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A; and for the reasons set forth in the opinion filed herewith,

It is on this 31st day of March, 2011,

ORDERED that plaintiff may proceed *in forma pauperis* without prepayment of the $350.00 filing fee pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

ORDERED that the Clerk of the Court is directed to file the complaint in the above-captioned action; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this order by regular mail on the Attorney General for the State of New Jersey and on the warden of the Northern State Prison; and it is further

ORDERED that plaintiff is assessed a filing fee of $350.00 and shall pay the entire filing fee in the manner set forth in this order pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation; and it is further

ORDERED that in each month that the amount in plaintiff's account exceeds $10.00, until the $350.00 filing fee is paid, the agency having custody of the plaintiff shall assess, deduct from plaintiff's account, and forward to the Clerk of the Court payment equal to 20% of the preceding month's income credited to plaintiff's account, pursuant to 28 U.S.C. § 1915(b)(2), and each payment shall reference the civil docket number of this action; and it is further

ORDERED that plaintiff's complaint is hereby dismissed, without prejudice, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), for failure to state a claim upon which relief may be granted; and it is further

ORDERED that within 45 days from the date this order is entered, plaintiff may move to reopen his case, attaching to any such motion a proposed amended complaint which addresses the deficiencies of the complaint as stated in the opinion accompanying this order; and it is finally

ORDERED that the Clerk of the Court shall close this case.

/s/ Katharine S. Hayden
_____
KATHARINE S. HAYDEN

United States District Judge